708

Court of Appeals for the Seventh Circuit denied. *Mr. Ernest S. Ballard* for petitioners. *Solicitor General Reed* and *Messrs. A. H. Feller* and *Charles Fahy* for respondent.

No. 959. DUBERSTEIN, TRUSTEE, *v.* KEIL ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel C. Duberstein* for petitioner. *Mr. Alfred Hurrell* for respondents.

No. 964. UPDIKE *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Alfred G. Ellick* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch* and *Joseph M. Jones* for respondent.

No. 970. SHAPIRO *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. I. Maurice Wormser* for petitioner. *Solicitor General Reed* and *Assistant Attorney General Jackson* for the United States.

No. 977. NACHT ET AL. *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold L. Turk* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.